UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO J. DIAZ,

                Plaintiff,                20 **CIVIL** 9545 (PGG)(GWG)

       -v-                                         **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 25, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          April 25, 2022

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                      **BY:**   *K. Mango*
                                                             **Deputy Clerk**